IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-11405-A

_____

GLORIET BROWN,

                                                                                                                  Plaintiff-Appellant,

versus

HILLSBOROUGH COUNTY SCHOOL BOARD,

                                                                                                                   Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: MARTIN, NEWSOM and JULIE CARNES, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Gloriet Brown appeals from the district court's March 5, 2018 judgment of dismissal. Because Ms. Brown's notice of appeal was not filed until April 5, 2018—31 days after the entry of judgment—this appeal is untimely, and we lack jurisdiction. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A); *Hamer v. Neighborhood Hous. Servs. of Chicago*, 138 S. Ct. 13, 21 (2017); *Green v. Drug Enforcement Admin.*, 606 F.3d 1296, 1300-02 (11th Cir. 2010).

      All pending motions are DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.